KRAZMAN, Appellant, v. BUFFALO, R. & P. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by John Krazman, as administrator, etc., against the Buffalo, Rochester & Pittsburg Railroad Company. No opinion. Judgment and order affirmed, with costs.

KYLE, Respondent, v. KYLE, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Myra D. Kyle against James O. Kyle. C. Huth, for appellant. D. W. Blumenthal, for respondent. No opinion. Order reversed, and motion denied, on authority of Smith v. Smith, 92 App. Div. 442, 87 N. Y. Supp. 137, and Allen v. Allen, 125 App. Div. 838, 110 N. Y. Supp. 303. Order filed.

LA CHICOTTE, Appellant, v. BUCK, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Henry A. La Chicotte against Richard S. Buck. J. Q. Cohen, for appellant. N. L. Robinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LADD, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Alexander L. Ladd against the Central New York Telephone & Telegraph Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $3,500, in which case the judgment, as so modified, and the order, are affirmed, without costs.

SMITH, P. J., and COCHRANE, J., vote for affirmance.

LADEW, Appellant, v. ALBANY SAV. BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by William Ladew against the Albany Savings Bank. P. Bonynge, for appellant. P. H. B. Frelinghuysen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 121 N. Y. Supp. 1138.

LAMB, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Adam Lamb against Henry C. Friedman. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs. See, also, 122 N. Y. Supp. 1133.

LATARGIA, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Francesco Latargia, as administrator, against Frederick W. Whitridge, as receiver, etc. B. H. Ames, for appellant. H. J. Hindes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed

LA VIOLETTE, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Charles V. La Violette against William H. Crawford.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence shows that the causes of action are against Crawford & Co., and not against Crawford individually.

Hirschberg, P. J., dissents.

LEAKE, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Stephen Leake against William Hartman. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 121 N. Y. Supp. 771.

LE COMPTE MFG. CO., Appellant, v. WILLIAM J. ASCHENBACH'S SONS HARNESS CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Le Compte Manufacturing Company against the William J. Aschenbach's Sons Harness Company. W. C. Low, for appellant. T. B. Richter, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents.

LEE v. STILLWATER & M. ST. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Carrie L. Lee, as administratrix, etc., of Burton B. Lee, deceased, against the Stillwater & Mechanicville Street Railway Company and others. No opinion. Decision postponed to September term. Meantime appellant must use due diligence to obtain settlement of case and be ready for argument at that term.

In re LEEDS. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the application of Louise Hartshorne Leeds for an order directing the board of supervisors of Nassau county to refund certain taxes, etc. No opinion. Order of the County Court of Nassau county affirmed, without costs.

LEHDE et al., Respondents, v. BOERGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Elizabeth Lehde and another against Louisa Boerger, individually and as administratrix, etc. No opinion. Judgment and order affirmed, with costs and disbursements to respondent, payable out of the estate.

LEHDE et al., Respondents, v. BOERGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by Elizabeth Lehde and another against Louisa Boerger, individually and as administratrix, etc., and another. No opinion. Judgment affirmed, with costs. See, also, supra.